Pat Lundvall (NSBN 3761)
Rory Kay (NSBN 12416)
McDONALD CARANO, LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant/Counter-Claimant
Gordon Ranch, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WINECUP GAMBLE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORDON RANCH, LP, a Texas limited partnership,<br><br>Defendant. | Case No.  No. 3:17-cv-00163-GMN-WGC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| GORDON RANCH, LP, a Texas limited partnership,<br><br>Counter-Claimant,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation,<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant Winecup Gamble, Inc. ("Winecup") and Defendant/Counter-Plaintiff Gordon Ranch, LP ("Gordon Ranch") are currently scheduled to appear for a Status Hearing [Doc.187] on November 17, 2021 at 1:00 p.m. at the Court's request. Counsel for Gordon Ranch have a scheduling conflict, are currently in trial on another matter until November 26, 2021, and as such, the parties hereby stipulate and agree to continue the hearing date to the Court's next available date after November 26, 2021.

The parties present this stipulation in good faith and not for the purpose of delay.

Dated this 5th day of November, 2021.

| SNELL & WILMER, L.L.P. | McDONALD CARANO LLP |
|---|---|
| */s/ Michael R. Menssen* | */s/ Rory T. Kay* |
| William E. Peterson (NSBN 1528)<br>50 West Liberty Street, Suite 510<br>Reno, NV 89501<br>wpeterson@swlaw.com<br><br>David J. Jordan (USBN 1751)<br>Michael R. Menssen (USBN 15424)<br>STOEL RIVES LLP<br>201 S. Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>david.jordan@stoel.com<br>michael.menssen@stoel.com<br><br>*Attorneys for Plaintiff and Counter-Defendant Winecup Gamble, Inc.* | Pat Lundvall (NSBN 3761)<br>Rory Kay (NSBN 12416)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com<br>rkay@mcdonaldcarano.com<br><br>*Attorneys for Defendant/Counter-Claimant Gordon Ranch, LP* |

## ORDER

**IT IS HEREBY ORDERED** that the status hearing currently scheduled for November 17, 2021, at 1:00 p.m., be vacated and continued to December 14, 2021, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated this __8__ day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT