William E. Peterson, Bar No. 1528
Janine C. (Jacey) Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com
       jprupas@swlaw.com

*Attorneys for Plaintiff/Counter-Defendant Winecup Gamble, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINECUP GAMBLE, INC.,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>GORDON RANCH, LP,<br><br>　　　　Defendant/Counter-Claimant. | Case No. 3:17-CV-00163-GMN-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO RENEWED MOTION FOR SANCTIONS AND REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

**WHEREAS**, Plaintiff/Counter-Defendant Winecup Gamble Inc.'s (Winecup) Reply ("Reply") to Defendant/Counter-Claimant Gordon Ranch's ("Gordon Ranch") Opposition to Winecup's Motion for Summary Judgment (Document 199) was due on March 1, 2022;

**WHEREAS**, Winecup's Opposition ("Opposition") to Gordon Ranch's Renewed Motion for Sanctions (Document 197) was due on March 1, 2022;

**WHEREAS**, the lead attorneys for Winecup, David Jordan and Michael Menssen, attorneys practicing in Utah and authorized to practice in this case only pursuant to orders of this Court entered on April 11, 2017 and May 26, 2017 (Document Nos. 12 and 27) have both departed from the firm of Stoel Rives, and joined two different law firms, and have experienced logistical difficulties in accessing files from their former firm necessary to adequately prepare

and file the Reply and Opposition and have therefore requested additional time to file the Opposition and Reply. While the time has already expired for the filing of the Opposition and Reply, Defendant secured an informal extension of time from Plaintiff to file the Opposition to March 8, 2022, and the Reply to March 15, 2022, but neglected to document that extension and secure a court order to that effect due to preparation for and engaging in an ongoing trial in the Second Judicial District Court in the State of Nevada that is still ongoing and impaired proper attention to this matter.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE** that the time for filing Winecup's Reply may be extended to March 21, 2022, and the time for filing Winecup's Opposition may be extended to March 15, 2022.

Dated: March 16, 2022          SNELL & WILMER L.L.P.

                               By:/s/ William E. Peterson
                               William E. Peterson, Bar No. 1528
                               Janine C. (Jacey) Prupas, Bar No. 9156
                               50 West Liberty Street, Suite 510
                               Reno, Nevada 89501

                               *Attorneys for Winecup Gamble, Inc.*

Dated: March 16, 2022          MCDONALD CARANO, LLP

                               By: /s/ Pat Lundvall (with email permission)
                               Pat Lundvall, Bar No. 3761
                               Rory Kay, Bar No. 12416
                               2300 West Sahara Avenue, Suite 1200
                               Las Vegas, Nevada 89102

                               *Attorneys for Gordon Ranch, LP*

**IT IS SO ORDERED.**

Dated this  17  day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Error! No document variable supplied.
4873-8787-6117.1

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO RENEWED MOTION FOR SANCTIONS AND REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** by the method indicated:

| | |
|---|---|
| XXXXXXX | by Court's CM/ECF Program |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Overnight Mail |
| _____ | by Federal Express |
| _____ | by Electronic Service |
| _____ | by Hand Delivery |

Dated this 17th day of March, 2022.

By: */s/ Vicki Quarve*
An employee of Snell & Wilmer L.L.P.

- 3 -

**Error! No document variable supplied.**

4873-8787-6117.1