Pat Lundvall (NSBN 3761)
Rory Kay (NSBN 12416)
McDONALD CARANO, LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant/Counter-Claimant Gordon Ranch, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WINECUP GAMBLE, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GORDON RANCH, LP, a Texas limited partnership,<br><br>    Defendant.<br><br>GORDON RANCH, LP, a Texas limited partnership,<br><br>    Counter-Claimant,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation,<br><br>    Counter-Defendant. | Case No.  No. 3:17-cv-00163-GMN-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR SANCTIONS (FIRST REQUEST)** |

Plaintiff/Counter-Defendant Winecup Gamble, Inc. ("Winecup") and Defendant/Counter-Plaintiff Gordon Ranch, LP ("Gordon Ranch") stipulate to extend the deadline for filing of Gordon Ranch's reply in support of its Renewed Motion For Sanctions Because Of Winecup Gamble's Spoliation And Withholding Of Evidence [Doc. 197] from March 22, 2022 to April 5, 2022.

This is the parties' first request to extend this deadline. The parties present this stipulation in good faith and not for the purpose of delay.

Dated this 18th day of March, 2022.

| SNELL & WILMER, L.L.P. | McDONALD CARANO LLP |
|---|---|
| /s/ William E. Peterson | /s/ Pat Lundvall |
| William E. Peterson (NSBN 1528)<br>Janine C. (Jacey) Prupas (NSBN 9156)<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br><br>*Attorneys for Plaintiff and Counter-Defendant Winecup Gamble, Inc.* | Pat Lundvall (NSBN 3761)<br>Rory Kay (NSBN 12416)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com<br>rkay@mcdonaldcarano.com<br><br>*Attorneys for Defendant/Counter-Claimant Gordon Ranch, LP* |

**IT IS SO ORDERED.**

Dated this  21  day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 18th day of March, 2022, a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR SANCTIONS (FIRST REQUEST)** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/     Beau Nelson
An employee of McDonald Carano LLP