# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINECUP GAMBLE, INC., a Nevada corporation,<br><br>           Plaintiff,<br>v.<br><br>GORDON RANCH, LP, a Texas limited partnership,<br><br>           Defendant. | 3:17-cv-00163-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 233 |

Before the court is Plaintiff's Request for Clarification of Court's Order Scheduling Video Settlement Conference (ECF No. 232) to Require the Parties' Principals to Attend the April 28, 2023, Mediation (ECF No. 233). To date, no response has been filed by Defendant.

**IT IS HEREBY ORDERED** that the court's Order Scheduling Video Settlement Conference (ECF No. 232) is **AMENDED** to reflect that the parties' key principals – Mr. Paul Fireman and Mr. Donald Ray Horton – shall attend the Settlement Conference on **Friday, April 28, 2023, at 9:00 a.m.**

DATED: April 21, 2023.

_____
UNITED STATES MAGISTRATE JUDGE