# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WINECUP GAMBLE, INC., a Nevada corporation,<br><br>             Plaintiff,<br><br>v.<br><br>GORDON RANCH, LP, a Texas limited partnership,<br>             Defendant. | Case No.  No. 3:17-cv-00163-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| GORDON RANCH, LP, a Texas limited partnership,<br><br>             Counter-Claimant,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation,<br>             Counter-Defendant. | |

Plaintiff/Counter-Defendant Winecup Gamble, Inc. ("Winecup") and Defendant/Counter-Claimant Plaintiff Gordon Ranch, LP ("Gordon Ranch") stipulate and agree to dismiss this action in its entirety with prejudice, with each party to bear its own attorneys fees and costs.  This stipulation is presented pursuant to FRCP 41(a)(2).

The parties therefore respectfully request that the Court enter an order dismissing this action with prejudice with each party to bear its own attorneys fees and costs.

Dated this 22nd day of June, 2023.

| SNELL & WILMER, L.L.P. | McDONALD CARANO LLP |
|---|---|
| */s/ Michael R. Menssen*<br>William E. Peterson (NSBN 1528)<br>Janine C. Prupas (NSBN 9156)<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br>Telephone: (775) 785-5440<br>wpeterson@swlaw.com<br>jprupas@swlaw.com | */s/ Pat Lundvall*<br>Pat Lundvall (NSBN 3761)<br>Rory Kay (NSBN 12416)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com<br>rkay@mcdonaldcarano.com |
| David J. Jordan (USBN 1751)<br>FOLEY & LARDNER LLP<br>299 South Main Street, Suite 2000<br>Salt Lake City, Utah 84111<br>Telephone: (801) 401-8919<br>djordan@foley.com | *Attorneys for Defendant/Counter-Claimant Gordon Ranch, LP* |
| Michael R. Menssen (USBN 15424)<br>MAYER BROWN LLP<br>10 W. Broadway, Suite 700<br>Salt Lake City, Utah 84101<br>Telephone: (801) 907-2714<br>mmenssen@mayerbrown.com | |
| *Attorneys for Plaintiff and Counter-Defendant Winecup Gamble, Inc.* | |

**IT IS SO ORDERED**:

_____
Anne R. Traum
United States District Court Judge

DATED: June 23, 2023